IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>V.<br><br>HAROLD ROLON DARLEY-PEREZ [3]<br><br>Defendant | Criminal No. 11-328 (JAF) |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

Please enter my appearance as local counsel of record for defendant Harold Rolon Darley-Pérez in association with Pro Hac Vice attorney Mr. David W. Macey.

. **RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this October 7, 2014.

**CERTIFICATE OF SERVICE**: I hereby certify that on October 7, 2014, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Carlos R. Cardona-Torres and AUSA Michael C. Bagge, and to all attorneys of record.

_S/Franisco Acevedo Padilla_
**FRANCISCO ACEVEDO-PADILLA, ESQ.**
USDC-PR 124306
*COUNSEL FOR DEFENDANT*
*HAROLD ROLON DARLEY-PEREZ*
12-29 BLVD. DRIVE, SUITE #1
SANTA ROSA
BAYAMON, P.R. 00959
TEL. (787) 200-0035
FAX. (787) 789-8591
CEL.: (787) 249-2376
E-mail: faplaw@aol.com
E-mail: faplawsecretary@yahoo.com