UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CASE NO.: 11-328 JAF

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HAROLD ROLON DARLEY-PEREZ,

        Defendant.
_____/

## MOTION TO WITHDRAW

COMES NOW, David W. Macey, and hereby files this Motion to Withdraw as Counsel for the above-named defendant. In support of said Motion, Counsel would assert as follows:

1. On February 11, 2015, the Defendant advised this Honorable Court that he no longer wishes to be represented by the undersigned. The Court advised that once the appearance of the Defendant's new counsel is filed, the undersigned will be withdrawn as counsel for the Defendant.

2. On February 19, 2015, Attorney Juan R. Acevedo-Cruz entered his appearance as counsel for the Defendant.

3. Pursuant to the Court's instruction, undersigned counsel respectfully requests this Court grant this Motion to Withdraw and order that all future pleadings and correspondence be forwarded to the Defendant's current counsel, Juan R. Acevedo-Cruz, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail on February 19, 2015, to Assistant U.S. Attorney Carlos R. Cardona, and filed with the Court Clerk, Criminal Division, at 150 Carlos Chardón Street, Room 150, San Juan, Puerto Rico 00918-1767.

DAVID W. MACEY, P.A.
135 San Lorenzo Avenue, Suite 830
Coral Gables, FL 33146
Telephone: (305) 860-2562
Fax: (305) 675-5841

By: s/ David W. Macey
    David W. Macey
    Florida Bar No.: 185612