IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **United States of America**<br>**Plaintiff,**<br><br>    v.<br><br>**Raymar Lucena-Rivera, et al**<br>**Defendants.** | Criminal No. 11-328   (JAF) |

## UNITED STATES OF AMERICA'S MOTION TO WITHDRAW
## AS ASSISTANT U.S. ATTORNEY

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorney and respectfully states and prays as follows:

Attorney María A. Domínguez is no longer the co-counsel assigned to this case. Assistant United States Attorney Carlos R. Cardona-Torres will continue as the lead counsel.

THEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of María A. Domínguez as one of the attorneys representing the United States in the prosecution of the instant case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 28th day of April, 2015.

                                          ROSA E. RODRIGUEZ-VELEZ
                                          United States Attorney

                                          *s/ **María A. Domínguez***
                                          María A. Domínguez- USDC No. 210908

                                          *s/**Timothy R. Henwood***
                                          Timothy R. Henwood
                                          First Assistant U.S. Attorney
                                          United States Attorney's Office
                                          Torre Chardón, Suite 1201
                                          350 Carlos Chardón Street
                                          San Juan, Puerto Rico 00918
                                          Tel: (787) 766-5656 / Fax: (787) 766-5632

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

At San Juan, Puerto Rico this 28th day of April, 2015.

s/ *María A. Domínguez*
María A. Domínguez - USDC No. 210908

s/*Timothy R. Henwood*
First Assistant U.S. Attorney